## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

TLC Realty 1 LLC d/b/a TLC
General Contracting, LLC,

     **Plaintiff,**

-vs-              **Case No. 3:13-CV-56**

                **District Judge Thomas M. Rose**

Belfor USA Group, Inc.,

     **Defendant,**

_____

## ORDER TO FILE 26(f) REPORT

   This cause comes before the Court on its own initiative.  Due to the failure of the parties to comply with Fed.R.Civ.P.26(f), by not submitting to the Court their written report outlining their proposed discovery plan, the Court hereby **VACATES** the Preliminary Pretrial Conference set for Tuesday, April 8, 2014 at 10:30 a.m.  Further, the Courts **ORDERS** that parties shall file their Rule 26(f) report no later than April 21, 2014.

   **DONE** and **ORDERED** in Dayton, Ohio on this 7ᵗʰ day of April, 2014.

_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT