UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TLC REALTY 1 LLC,                                        Case No. 3:13-cv-56

       Plaintiff,

vs.

BELFOR USA GROUP, LLC,                          Magistrate Judge Michael J. Newman
                                                                        (Consent case)

       Defendant.

---

## ORDER

---

       This consent case is before the Court on the parties' joint, unopposed motion to amend the Calendar Order.  Doc. 32.  The parties request that the discovery deadline be extended by sixty days, *i.e.,* until September 21, 2015.  *Id.*  The Court held a status conference by telephone on August 5, 2015 at 3:00 p.m. to discuss the pending motion.  Attorneys David Duwel and Christopher O'Shaughnessy participated.

       For good cause shown, the Court **GRANTS** the parties' joint motion.  Doc. 32. Recognizing that this case will be three years old in February 2016, the trial date will remain the same.  Accordingly, the case shall proceed as follows:

    1.  Discovery deadline:                                        September 21, 2015

    2.  Dispositive motions deadline:                      October 21, 2015

    3.  Trial:                                                               January 20, 2016

       **IT IS SO ORDERED.**

Date:  August 5, 2015                          *s/ Michael J. Newman*
                                                               Michael J. Newman
                                                               United States Magistrate Judge