IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TLC REALTY 1 LLC
Doing Business As TLC
GENERAL CONTRACTING, LLC,

    Plaintiff,                                         Case No. 3:13-cv-56

v.

BELFOR USA GROUP, INC.,                Magistrate Judge Michael J. Newman
                                                                 (Consent Case)

    Defendant.

---

**ORDER OF DISMISSAL: TERMINATION ENTRY**

---

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

    **IT IS SO ORDERED.**

Date:  February 3, 2016                             *s/ Michael J. Newman*
                                                            Michael J. Newman
                                                            United States Magistrate Judge